UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| In Re: | Case No. 22-30721 |
|---|---|
| Larry E Grace, | Chapter 13 |
| Debtor. | Honorable Laura K. Grandy |

## ENTRY OF APPEARANCE AND REQUEST FOR ALL NOTICES

The undersigned, a duly qualified attorney admitted to practice before the Court, hereby enters an appearance in the above captioned matter on behalf of Associated Bank, N.A. and/or its assigns and requests all notices, pleadings, motions, orders, applications and other documents filed and/or served in this case be sent to them at the following address:

Associated Bank, N.A.
c/o Heavner, Beyers & Mihlar, LLC
P.O. Box 740
Decatur, IL 62525

Dated this 23rd day of November, 2022

/s/ Maria C. Sanchez
Maria C. Sanchez

FAIQ MIHLAR (#6274089)
HEATHER M. GIANNINO (#6299848)
CHERYL CONSIDINE (#6242779)
KIMBERLY D. RENO (#6299352)
THOMAS M. VOIGT (#6284195)
MARIA C. SANCHEZ (#6331588)
HEAVNER, BEYERS & MIHLAR, LLC
Attorneys at Law
P.O. Box 740
Decatur, IL 62525
Email: bkdept@hsbattys.com
Telephone: (217) 422-1719
Facsimile: (217) 422-1754